# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS GARCIA,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | CASE NO. 2:19-cv-03992-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the action is dismissed without prejudice.

DATED: June 27, 2019

_/s/ David O. Carter_
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE